**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Southern__ District of __Texas__
(State)

Case number (*if known*): _____ Chapter _____

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**

   Scarlet InfoTech, Inc., d/b/a Expedien, Inc.

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)

   0 1 – 0 6 4 1 8 3 2

4. **Debtor's address**

   | Principal place of business | Mailing address, if different from principal place of business |
   |---|---|
   | 5100 Westheimer Road | 13710 Slate Creek Lane |
   | Number       Street | Number       Street |
   | Suite 200 | |
   | | P.O. Box |
   | Houston, Texas 77056 | Houston, Texas 77072 |
   | City            State    ZIP Code | City            State    ZIP Code |
   | | **Location of principal assets, if different from principal place of business** |
   | Harris | |
   | County | Number       Street |
   | | |
   | | City            State    ZIP Code |

5. **Debtor's website** (URL)

Debtor   **Scarlet InfoTech, Inc. dba Expedien, Inc.**                    Case number *(if known)*_____
_____Name_____

---

**6.  Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding  LLP)

☐ Other. Specify: _____

---

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C.  NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .

| 5 | 4 | 1 | 6 |

---

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☒ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

Debtor  Scarlet InfoTech, Inc. dba Expedien, Inc.
_____
Name

Case number (*if known*)_____

| | |
|---|---|
| 9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☒ No<br>☐ Yes.  District _____ When _____ Case number _____<br>MM / DD / YYYY<br><br>District _____ When _____ Case number _____<br>MM / DD / YYYY |
| 10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☒ No<br>☐ Yes.  Debtor _____ Relationship _____<br>District _____ When _____<br>MM / DD / YYYY<br>Case number, if known _____ |
| 11. **Why is the case filed in *this district*?** | Check all that apply:<br>☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| 12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☒ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br><br>**Where is the property?** _____<br>Number         Street<br>_____<br>_____<br>City                                    State ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes. Insurance agency _____<br>Contact name _____<br>Phone _____ |

▮ **Statistical and administrative information**

Debtor   **Scarlet InfoTech, Inc. dba Expedien, Inc.**
Name

Case number (if known)_____

---

**13. Debtor's estimation of available funds**

Check one:

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

---

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

---

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☒ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

**16. Estimated liabilities**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☒ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 9/20/2021
MM / DD / YYYY

X _____
Signature of authorized representative of debtor

Jiten Agarwal
Printed name

Title **President**

Debtor    Scarlet InfoTech, Inc. dba Expedien, Inc.                    Case number (if known)_____
_____
          Name

**18. Signature of attorney**    ✗ *Kyung S. Lee*                    Date    09/15/2021
                                  Signature of attorney for debtor                MM    / DD / YYYY

                                  Kyung S. Lee
                                  Printed name
                                  Parkins Lee & Rubio LLP
                                  Firm name
                                  700 Milam Street, Suite 1300
                                  Number        Street
                                  Houston                                    TX          77002
                                  City                                       State       ZIP Code

                                  713-301-4751                               klee@parkinslee.com
                                  Contact phone                              Email address

                                  12128400                                   TX
                                  Bar number                                 State

## RESOLUTION OF THE BOARD OF DIRECTORS
## OF SCARLET INFOTECH, INC

WHEREAS, the board of directors (the "Board") has reviewed the financial situation of Scarlet InfoTech, Inc. d/b/a Expedien, Inc., a Delaware corporation ("Company"), and discussed alternatives for continued operation of the Company as a going concern; and

WHEREAS, the Board has determined that it is in the best interest of the Company, its creditors, stockholders, employees, and other interested parties, that the Company wind down its business affairs; and

WHEREAS, the Board has been advised by counsel to the Company regarding the various methods available to the Company for winding down its business affairs, including relief under Title 11 of the United States Code (the "Bankruptcy Code"), assignment for the benefit of creditors, or settlement of claims with individual creditors of the Company; and

WHEREAS, the Board has determined that filing a voluntary petition for relief under the provisions of Chapter 7 of the Bankruptcy Code is the best way for the Company to wind down its business affairs based on the Board's analysis of the costs of each of the other alternatives and management's recommendations with respect thereto.

NOW THEREFORE IT IS RESOLVED that, in the judgment of the Board, it is desirable and in the best interest of the Company, its creditors, stockholders, employees, and other interested parties, that the Company commence a Chapter 7 case by filing a voluntary petition for relief under the provisions of Chapter 7 of the Bankruptcy Code; and it is

FURTHER RESOLVED that Jitendra Agarwal, the President of the Company (the "Authorized Officer") be, and hereby is, authorized and empowered on behalf of, and in the name of, the Company to execute and verify or certify a petition under Chapter 7 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the District of Texas in which the principal executive offices of the Company are located (the "Bankruptcy Court") at such time as said authorized officer executing the same shall determine; and it is

FURTHER RESOLVED that it is acknowledged and agreed that the actual filing of a voluntary petition for relief under the provisions of Chapter 7 of the Bankruptcy Code is subject to the consent of the shareholders of Company, and that a copy of these resolutions shall immediately be transmitted to each such shareholder along with recommendation of the Board as to the actions to be taken.

[*Remainder of Page Intentionally Left Blank*]

IN WITNESS WHEREOF, the undersigned, being all of the Directors of the Company, has executed this Consent.

Dated: _____09-14_____, 2021.

**RACHNA AGARWAL**

_____

**JITENDRA AGARWAL**

_____

## UNANIMOUS WRITTEN CONSENT OF THE
## SHAREHOLDERS OF SCARLET INFOTECH, INC

The undersigned, comprising all of the shareholders of Scarlet InfoTech, Inc. d/b/a Expedien, Inc. (the "Company"), a Delaware corporation, hereby declare that, upon execution of this document, the undersigned consents to the following resolutions of the board of directors of the Company (the "Board"):

RESOLVED, that, in the judgment of the Board, it is desirable and in the best interests of the Company, its creditors, stockholders, employees, and other interested parties, that the Company commence a Chapter 7 case by filing a voluntary petition for relief under the provisions of Chapter 7 of the Bankruptcy Code; and it is

FURTHER RESOLVED that Jitendra Agarwal, the President of the Company (the "Authorized Officer") be, and hereby is, authorized and empowered on behalf of, and in the name of, the Company to execute and verify or certify a petition under Chapter 7 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the District of Texas in which the principal executive offices of the Company are located (the "Bankruptcy Court") at such time as said authorized officer executing the same shall determine; and it is

FURTHER RESOLVED that the Authorized Officer and such other officers of the Company as the Authorized Officer shall from time to time designate, be, and hereby are, authorized and empowered on behalf of, and in the name of the Company to execute and file all petitions, schedules, lists, and other papers and to take any and all action that the Authorized Officer may deem necessary, proper, or desirable in connection with the Chapter 7 case, with a view to successful prosecution of the case;

IN WITNESS WHEREOF, the undersigned, being all of the Shareholders of the Company, has executed this Consent.

Dated: _____ ੧ ⁻ ¡ ੧ _____, 2021.

**RACHNA AGARWAL**

_____

1

**JITENDRA AGARWAL**

**Fill in this information to identify the case:**

Debtor name    Scarlet InfoTech, Inc. d/b/a Expedien, Inc. _____

United States Bankruptcy Court for the:    Southern _____ District of   Texas _____
                                                            (State)

Case number (If known):    _____

☐ Check if this is an amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals      12/15

| **Part 1:** | **Summary of Assets** |
| --- | --- |

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

     1a. **Real property:**
         Copy line 88 from *Schedule A/B*..........................................................    $ 0.00

     1b. **Total personal property:**
         Copy line 91A from *Schedule A/B*........................................................    $ 138,334.64

     1c. **Total of all property:**
         Copy line 92 from *Schedule A/B*..........................................................    $ 138,334.64

| **Part 2:** | **Summary of Liabilities** |
| --- | --- |

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
     Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.............................    $ 0.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

     3a. **Total claim amounts of priority unsecured claims:**
         Copy the total claims from Part 1 from line 5a of *Schedule E/F*...................................    $ 0.00

     3b. **Total amount of claims of nonpriority amount of unsecured claims:**
         Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*......................    + $ 44,585,301.61

4. **Total liabilities**................................................................................................    $ 44,585,301.61
     Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

Debtor name  Scarlet InfoTech, Inc., d/b/a Expedien, Inc.

United States Bankruptcy Court for the:  Southern                District of  TX
                                                                           (State)

Case number (If known):  _____

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☒ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

2. **Cash on hand**     $_____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | Wells Fargo | Checking | 9  1  6  0 | $ 134,193.03 |
| 3.2. | Wells Fargo | Savings | 7  2  0  8 | $ 0 |
| | Allegiance | Checking | 6  1  2  4 | $1,045.61 |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____     $_____
   4.2. _____     $_____

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.     $ 135,238.64

## Part 2:    Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☒ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1. N/A _____     $ 0.00
   7.2. _____     $_____

Debtor   Scarlet InfoTech, Inc., d/b/a Expedien, Inc.

Name

Case number *(if known)*_____

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. Hartford Insurance _____ $ 3,096.00

8.2._____ $ _____

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.     $ 3,096.00

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☒ Yes. Fill in the information below.

Current value of debtor's interest

11. **Accounts receivable**

11a. 90 days old or less:   $79,162.76 _____ – _____ = ........➔   $ 79,162.76
                          face amount              doubtful or uncollectible accounts

11b. Over 90 days old:   $232,621.00 _____ – _____ = ........➔   $ Unknown
                          face amount              doubtful or uncollectible accounts

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.     $ Unknown

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

☒ No. Go to Part 5.

☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| 14. **Mutual funds or publicly traded stocks not included in Part 1** | | |
| Name of fund or stock: | | |
| 14.1. _____ | _____ | $ _____ |
| 14.2. _____ | _____ | $ _____ |

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                        % of ownership:

| 15.1._____ | _____% | _____ | $ _____ |
| 15.2._____ | _____% | _____ | $ _____ |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

| 16.1._____ | _____ | $ _____ |
| 16.2._____ | _____ | $ _____ |

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.     $ 0.00

Debtor     Scarlet InfoTech, Inc. d/b/a Expedien, Inc.
           Name                                                          Case number *(if known)*_____

| **Part 5:** | **Inventory, excluding agriculture assets** |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☒ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ 0.00

24. **Is any of the property listed in Part 5 perishable?**
☐ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes. Book value _____ Valuation method_____ Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
☐ Yes

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** _____ | $_____ | _____ | $_____ |

Debtor    Scarlet InfoTech, Inc. d/b/a Expedien, Inc.                    Case number *(if known)*_____
      Name

33. **Total of Part 6.**

    Add lines 28 through 32. Copy the total to line 85.    $ 0.00

34. **Is the debtor a member of an agricultural cooperative?**

    ☐ No

    ☐ Yes. Is any of the debtor's property stored at the cooperative?

        ☐ No

        ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No

    ☐ Yes. Book value $_____   Valuation method _____   Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ☐ No

    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

| **Part 7:** | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☒ No. Go to Part 8.

    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | $_____ | _____ | $_____ |
| 40. **Office fixtures** | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | $_____ | _____ | $_____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

    Add lines 39 through 42. Copy the total to line 86.    $ 0.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☐ No

    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

Debtor  Scarlet InfoTech, Inc. d/b/a Expedien, Inc.
_____
Name

Case number (if known)_____

---

| **Part 8:** | **Machinery, equipment, and vehicles** |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

47.1_____  $_____  _____  $_____
47.2_____  $_____  _____  $_____
47.3_____  $_____  _____  $_____
47.4_____  $_____  _____  $_____

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

48.1_____  $_____  _____  $_____
48.2_____  $_____  _____  $_____

49. **Aircraft and accessories**

49.1_____  $_____  _____  $_____
49.2_____  $_____  _____  $_____

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

_____  $_____  _____  $_____

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

$ 0.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☐ No
☐ Yes

Debtor  **Scarlet InfoTech, Inc. d/b/a Expedien, Inc.**
Name _____

Case number *(if known)*_____

---

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☒ No. Go to Part 10.

☐ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as<br>Assessor Parcel Number (APN), and type of property<br>(for example, acreage, factory, warehouse, apartment<br>or office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br><br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1_____ | _____ | $_____ | _____ | $_____ |
| 55.2_____ | _____ | $_____ | _____ | $_____ |
| 55.3_____ | _____ | $_____ | _____ | $_____ |
| 55.4_____ | _____ | $_____ | _____ | $_____ |
| 55.5_____ | _____ | $_____ | _____ | $_____ |
| 55.6_____ | _____ | $_____ | _____ | $_____ |

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 0.00

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☒ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of<br>debtor's interest<br><br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| **61. Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| **62. Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| **63. Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| **64. Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| **65. Goodwill**<br>_____ | $_____ | _____ | $_____ |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ 0.00

---

Debtor  Scarlet InfoTech, Inc. d/b/a Expedien, Inc.                    Case number (if known)_____
        Name

---

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
    - ☐ No
    - ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    - ☐ No
    - ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    - ☐ No
    - ☐ Yes

## Part 11:  All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

    Include all interests in executory contracts and unexpired leases not previously reported on this form.
    - ☐ No. Go to Part 12.
    - ☒ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

71. **Notes receivable**

    Description (include name of obligor)

    _____   _____  −  _____  = ➜  $_____
                               Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

    Description (for example, federal, state, local)

    _____   Tax year _____   $_____
    _____   Tax year _____   $_____
    _____   Tax year _____   $_____

73. **Interests in insurance policies or annuities**

    _____   $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

    _____   $_____

    Nature of claim          _____
    Amount requested      $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

    _____   $_____

    Nature of claim          _____
    Amount requested      $_____

76. **Trusts, equitable or future interests in property**

    _____   $_____

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

    Future amounts due under two contracts with Quanta AI, LLC.   $ Unknown

    _____   $_____

78. **Total of Part 11.**

    Add lines 71 through 77. Copy the total to line 90.   $ Unknown

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    - ☒ No
    - ☐ Yes

---

Debtor   Scarlet InfoTech, Inc., d/b/a Expedien, Inc.
_____
Name

Case number (if known)_____

---

| **Part 12:** | **Summary** |
| --- | --- |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** Copy line 5, Part 1. | $ 135,238.64 | |
| 81. **Deposits and prepayments.** Copy line 9, Part 2. | $ 3,096.00 | |
| 82. **Accounts receivable.** Copy line 12, Part 3. | $ Unknown | |
| 83. **Investments.** Copy line 17, Part 4. | $ 0.00 | |
| 84. **Inventory.** Copy line 23, Part 5. | $ 0.00 | |
| 85. **Farming and fishing-related assets.** Copy line 33, Part 6. | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** Copy line 51, Part 8. | $ 0.00 | |
| 88. **Real property.** Copy line 56, Part 9. ............................................➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** Copy line 66, Part 10. | $ 0.00 | |
| 90. **All other assets.** Copy line 78, Part 11. | + $ | |
| 91. **Total.** Add lines 80 through 90 for each column............................91a. | $ 138,334.64 | + 91b. $ Unknown |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ............................................... | | $ 138,334.64 |

---

**Fill in this information to identify the case:**

Debtor name    Scarlet InfoTech, Inc. d/b/a Expedien, Inc.

United States Bankruptcy Court for the:   Southern    District of   TX
                                                     (State)

Case number (If known): _____

☐ Check if this is an
    amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☒ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

### Part 1:   List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.1**   Creditor's name
N/A

Creditor's mailing address

_____

_____

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account
number   ___ ___ ___ ___

Do multiple creditors have an interest in the
same property?
☐ No
☐ Yes. Specify each creditor, including this creditor,
    and its relative priority.

_____

_____

**Describe debtor's property that is subject to a lien**

_____    $_____   $_____

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2**   Creditor's name
N/A

Creditor's mailing address

_____

_____

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account
number   ___ ___ ___ ___

Do multiple creditors have an interest in the
same property?
☐ No
☐ Yes. Have you already specified the relative
    priority?
    ☐ No. Specify each creditor, including this
      creditor, and its relative priority.

_____

_____

    ☐ Yes. The relative priority of creditors is
      specified on lines _____

**Describe debtor's property that is subject to a lien**

_____    $_____   $_____

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional
Page, if any.**      $ 0.00

Debtor    Scarlet InfoTech, Inc. d/b/a Expedien, Inc.
          _____        Case number (if known)_____
          Name

---

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---------|----------------------------------------------------------------|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|------------------|-------------------------------------------------------------|-------------------------------------------------|
| N/A <br> _____ <br> _____ | Line 2. ___ | ___ ___ ___ ___ |
| _____ <br> _____ <br> _____ | Line 2. ___ | ___ ___ ___ ___ |
| _____ <br> _____ <br> _____ | Line 2. ___ | ___ ___ ___ ___ |
| _____ <br> _____ <br> _____ | Line 2. ___ | ___ ___ ___ ___ |
| _____ <br> _____ <br> _____ | Line 2. ___ | ___ ___ ___ ___ |
| _____ <br> _____ <br> _____ | Line 2. ___ | ___ ___ ___ ___ |
| _____ <br> _____ <br> _____ | Line 2. ___ | ___ ___ ___ ___ |
| _____ <br> _____ <br> _____ | Line 2. ___ | ___ ___ ___ ___ |
| _____ <br> _____ <br> _____ | Line 2. ___ | ___ ___ ___ ___ |
| _____ <br> _____ <br> _____ | Line 2. ___ | ___ ___ ___ ___ |
| _____ <br> _____ <br> _____ | Line 2. ___ | ___ ___ ___ ___ |
| _____ <br> _____ <br> _____ | Line 2. ___ | ___ ___ ___ ___ |
| _____ <br> _____ <br> _____ | Line 2. ___ | ___ ___ ___ ___ |
| _____ <br> _____ <br> _____ | Line 2. ___ | ___ ___ ___ ___ |

Fill in this information to identify the case:

Debtor  Scarlet InfoTech, Inc. d/b/a Expedien, Inc.

United States Bankruptcy Court for the: __Southern__  District of __TX__
(State)

Case number
(If known)  _____

☐ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B*)* and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:** List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☒ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
N/A
_____
_____
_____

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____    $ _____

**2.2** Priority creditor's name and mailing address
_____
_____
_____

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____    $ _____

**2.3** Priority creditor's name and mailing address
_____
_____
_____

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____    $ _____

Debtor Scarlet Infotech, Inc. d/b/a Expedien, Inc
Name

Case number (if known)

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|

**3.1**
Nonpriority creditor's name and mailing address
SBA
409 3rd St., SW.
Washington, DC 20416

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: PPP

$ 223,963.61

Date or dates debt was incurred    02/03/2021
Last 4 digits of account number    8  3  0  2

Is the claim subject to offset?
☐ No
☐ Yes

**3.2**
Nonpriority creditor's name and mailing address
Karya Property Management
8901 Gaylord Dr.
Houston, TX 77024

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: Indemnity

$ Unknown

Date or dates debt was incurred    12/19/2017
Last 4 digits of account number    N/A __ __

Is the claim subject to offset?
☐ No
☒ Yes

**3.3**
Nonpriority creditor's name and mailing address
Resman, LLC
2901 Dallas Parkway, #200
Plano, TX 75093

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: Judgment

$ 44,000,000.00

Date or dates debt was incurred    8/12/2021
Last 4 digits of account number    N/A __ __

Is the claim subject to offset?
☒ No
☐ Yes

**3.4**
Nonpriority creditor's name and mailing address
JRRV, LP
13710 Slate Creek Lane
Houston, TX 77077

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: _____

$ 360,000.00

Date or dates debt was incurred    2019 - 2021
Last 4 digits of account number    N/A __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.5**
Nonpriority creditor's name and mailing address
Hartford Insurance
1 Penn Plaza, Floor 50
New York, NY 10119

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 1,289.00

Date or dates debt was incurred    8/25/2021
Last 4 digits of account number    9  2  1  4

Is the claim subject to offset?
☐ No
☐ Yes

**3.6**
Nonpriority creditor's name and mailing address
Delaware Corporate Headquarters LLC, d/b/a A Registered Agent, Inc.
8 The Green, Ste. A
Dover, DE 19901

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 49.00

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

Is the claim subject to offset?
☐ No
☐ Yes

Debtor Scarlet InfoTech, Inc. d/b/a Expedient, Inc.
Name

Case number *(if known)*

---

**Part 2:** **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.7** Nonpriority creditor's name and mailing address

Department of Treasury

Interal Revenue Service

Austin, TX 73301-0002

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: 2021 Taxes

$ Unknown

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.8** Nonpriority creditor's name and mailing address

Texas Comptroller of Public Accounts

P.O. Box 13528, Capitol Station

Austin, TX 78711-3528

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: 2021 Taxes

$ Unknown

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.9** Nonpriority creditor's name and mailing address

State of California Franchise Tax Board

P.O. Box 942840

Sacramento, CA 94240-0001

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: 2021 Taxes

$ Unknown

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.___** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.___** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

| Debtor | Scarlet InfoTech, Inc. d/b/a Expedien, Inc | Case number (if known) |
|---|---|---|
| | Name | |

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | Allegiance Bank<br>2401 Eldridge Parkway S<br>Houston, TX 77077 | Line 3.1<br>☐ Not listed. Explain _____ | 8 3 0 2 |
| 4.2. | | Line _____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.3. | | Line _____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.4. | | Line _____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 41. | | Line _____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.5. | | Line _____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.6. | | Line _____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.7. | | Line _____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.8. | | Line _____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.9. | | Line _____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.10. | | Line _____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.11. | | Line _____<br>☐ Not listed. Explain _____ | __ __ __ __ |

Debtor _Scarlet InfoTech, Inc. d/b/a Expedien, Inc._
Name

Case number *(if known)* _____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ 44,585,301.61 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 44,585,301.61 |

**Fill in this information to identify the case:**

Debtor name    Scarlet InfoTech, Inc. d/b/a Expedien, Inc.

United States Bankruptcy Court for the:   Southern         District of   TX
                                                                          (State)

Case number (If known): _____   Chapter _____

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Subcontract Agreement | Cybersoft Technologies, Inc |
| | | | 4422 Cypress Creek Pkwy. |
| | State the term remaining | Expired | Houston, TX 77068 |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Subcontract Agreement | Appridat Solutions LLC |
| | | | 5655 Peachtree Pkwy., Suite #207 |
| | State the term remaining | Expired | Peachtree Corners, GA 30092 |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Supplier Agreement | Hicks Consulting Group, Inc. |
| | | | 1630 N. Main Street, Suite 216 |
| | State the term remaining | Contingent on work orders | Walnut Creek, California 94596 |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | SVB Financial Group |
| | | | 3003 Tasman Drive |
| | State the term remaining | 4 months | Santa Clara, California 95054 |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | MSP Participation Agreement | TAPFIN Process Solutions |
| | | | 100 Manpower Place |
| | State the term remaining | Contingent to work orders | Milwaukee, WI 53212 |
| | List the contract number of any government contract | | |

| Debtor | Scarlet InfoTech, Inc. d/b/a Expedien, Inc. | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

| ██ | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | Subcontract Agreement | SAIPSIT, Inc. |
| | | | 10998 S Wilcrest Dr. #123 |
| | | | Houston, Texas 77099 |
| | State the term remaining | Expired | |
| | List the contract number of any government contract | | |
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | Subcontract Agreement | Corpteq Solutions Inc. |
| | | | 1255 Peachtree Parkway, Suite #4104 |
| | | | Cumming, GA 30041 |
| | State the term remaining | Expired | |
| | List the contract number of any government contract | | |
| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | Subcontract Agreement | United Software Corporation |
| | | | 6200 La Calma Dr. #115 |
| | | | Austin, Texas 78752 |
| | State the term remaining | Expired | |
| | List the contract number of any government contract | | |
| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | Subcontract Agreement | Shinewell Technologies Inc. |
| | | | 22710 Haggerty Road, Suite 132 |
| | | | Farmington Hills, MI 48335 |
| | State the term remaining | Expired | |
| | List the contract number of any government contract | | |
| 2.10 | State what the contract or lease is for and the nature of the debtor's interest | Subcontract Agreement | Karwell Technologies, Inc. |
| | | | 285 Durham Ave., Suite 11 |
| | | | South Plainfield, NJ 07080 |
| | State the term remaining | Expired | |
| | List the contract number of any government contract | | |
| 2.11 | State what the contract or lease is for and the nature of the debtor's interest | Subcontract Agreement | V3Tech Solutions, Inc. |
| | | | 113 Executive Pointe Blvd., Suite 201 |
| | | | Columbia, SC 29210 |
| | State the term remaining | Expired | |
| | List the contract number of any government contract | | |
| 2.12 | State what the contract or lease is for and the nature of the debtor's interest | Vendor contract | Kwanzatech, Inc |
| | | | 7435 Little River Tpke, Suite #103 |
| | | | Annandale, VA 22003 |
| | State the term remaining | Expired | |
| | List the contract number of any government contract | | |

Debtor   **Scarlet InfoTech, Inc. d/b/a Expedien, Inc.**
_____
Name                                                    Case number *(if known)*_____

■ **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.13**
State what the contract or lease is for and the nature of the debtor's interest — Vendor contract
State the term remaining — Expired
List the contract number of any government contract

Euclid Elementz, Inc.
1000, Rt 9 North, Suite 303
Woodbridge, NJ, 07095

**2.14**
State what the contract or lease is for and the nature of the debtor's interest — Vendor contract
State the term remaining — Expired
List the contract number of any government contract

Morlogic Inc.
2500 Packard St., Ste. 201
Ann Arbor, MI, 48104

**2.15**
State what the contract or lease is for and the nature of the debtor's interest — Vendor contract
State the term remaining — Expired
List the contract number of any government contract

44 Islands Co.
442 Brady Lane
West Lake Hills, TX 78746

**2.16**
State what the contract or lease is for and the nature of the debtor's interest — Vendor contract
State the term remaining — Expired
List the contract number of any government contract

GETLOB Private Limited
Mythris The Town, F.No. B-102
Shaili garden, Yapral – 500087

**2.17**
State what the contract or lease is for and the nature of the debtor's interest — Vendor contract
State the term remaining — Expired
List the contract number of any government contract

Qualitrix
Tank Bund Miller, Near Shifaa Hospital
Bangalore 560052

**2.18**
State what the contract or lease is for and the nature of the debtor's interest — Vendor contract
State the term remaining — 4 months
List the contract number of any government contract

e2Serv Ventures Pvt. Ltd.
204, Chawla Complex, Sector 15
CBD Belapur, Navi Mumbai – 400614

**2.19**
State what the contract or lease is for and the nature of the debtor's interest — Virtual office lease
State the term remaining — 1 month
List the contract number of any government contract

Work Suites
5100 Westheimer Road
Houston, TX 77056

Debtor  Scarlet InfoTech, Inc. d/b/a Expedien, Inc.          Case number (if known)_____
        Name

■  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.20**
State what the contract or lease is for and the nature of the debtor's interest: Customer contract
State the term remaining: 12 months
List the contract number of any government contract:

QuantAI, LLC
13710 Slate Creek Ln
Houston, TX 77077

**2.21**
State what the contract or lease is for and the nature of the debtor's interest: Insurance Contract
State the term remaining: Terminated
List the contract number of any government contract:

Blue Cross Blue Shield of Texas
4888 Loop Central Dr.
Houston, TX 77081

**2._**
State what the contract or lease is for and the nature of the debtor's interest: Insurance Contract
State the term remaining: Terminated
List the contract number of any government contract:

Humana, Inc.
500 West Main St.
Louisville, KY 40202

**2._**
State what the contract or lease is for and the nature of the debtor's interest: Insurance Contact
State the term remaining: 1 Month
List the contract number of any government contract:

Guardian
6255 Sterner's Way
Bethlehem, PA 18017-9464

**2._**
State what the contract or lease is for and the nature of the debtor's interest: Insurance Contract
State the term remaining: 1 Year
List the contract number of any government contract:

Hartford Insurance
One Hartford Plaza
Hartford, CT 06155

**2._**
State what the contract or lease is for and the nature of the debtor's interest: Insurance Contact
State the term remaining: 6 Months
List the contract number of any government contract:

Hilcox Insurance Company, Inc.
104 South Michigan Avenue, Ste. 600
Chicago, IL 60603

**2._**
State what the contract or lease is for and the nature of the debtor's interest:
State the term remaining:
List the contract number of any government contract:

**Fill in this information to identify the case:**

Debtor name __Scarlet InfoTech, Inc. d/b/a Expedien, Inc.__

United States Bankruptcy Court for the: __Southern__ District of __TX__
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach
the Additional Page to this page.

---

1. **Does the debtor have any codebtors?**

   ☒ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
   creditors, _Schedules D-G._** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each
   schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 _____ | Street _____ <br><br> _____ <br><br> City          State          ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 _____ | Street _____ <br><br> _____ <br><br> City          State          ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 _____ | Street _____ <br><br> _____ <br><br> City          State          ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 _____ | Street _____ <br><br> _____ <br><br> City          State          ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.5 _____ | Street _____ <br><br> _____ <br><br> City          State          ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.6 _____ | Street _____ <br><br> _____ <br><br> City          State          ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

**Fill in this information to identify the case:**

Debtor name    Scarlet InfoTech, Inc. d/b/a Expedien, Inc.

United States Bankruptcy Court for the:   Southern    District of   TX
                                                             (State)

Case number (If known):    _____

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From 01/01/2021<br>MM / DD / YYYY | to Filing date | ☒ Operating a business<br>☐ Other _____ | $ 2,659,257.10 |
| **For prior year:** | From 01/01/2020<br>MM / DD / YYYY | to 12/31/2020<br>MM / DD / YYYY | ☒ Operating a business<br>☐ Other _____ | $ 1,288,736.00 |
| **For the year before that:** | From 01/01/2019<br>MM / DD / YYYY | to 12/31/2019<br>MM / DD / YYYY | ☒ Operating a business<br>☐ Other _____ | $ 1,448,055.00 |

2. **Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☒ None

| | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From _____<br>MM / DD / YYYY | to Filing date | _____ | $ _____ |
| **For prior year:** | From _____<br>MM / DD / YYYY | to _____<br>MM / DD / YYYY | _____ | $ _____ |
| **For the year before that:** | From _____<br>MM / DD / YYYY | to _____<br>MM / DD / YYYY | _____ | $ _____ |

Debtor  Scarlet InfoTech, Inc. d/b/a Expedien, Inc.                                    Case number (if known)_____
             Name

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3.  Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

❑ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | See attached SOFA 3 | _____ | $_____ | ❑ Secured debt |
| | Creditor's name | | | ❑ Unsecured loan repayments |
| | Street | _____ | | ❑ Suppliers or vendors |
| | | | | ❑ Services |
| | City          State      ZIP Code | _____ | | ❑ Other _____ |
| 3.2. | | _____ | $_____ | ❑ Secured debt |
| | Creditor's name | | | ❑ Unsecured loan repayments |
| | Street | | | ❑ Suppliers or vendors |
| | | | | ❑ Services |
| | City          State      ZIP Code | _____ | | ❑ Other _____ |

**4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

❑ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | See attached SOFA 4 | _____ | $_____ | _____ |
| | Insider's name | | | _____ |
| | Street | | | _____ |
| | | | | |
| | City          State      ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 4.2. | | | $_____ | _____ |
| | Insider's name | | | _____ |
| | Street | | | _____ |
| | | | | |
| | City          State      ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

Debtor    Scarlet InfoTech, Inc. d/b/a Expedien, Inc.
          _____        Case number *(if known)*_____
          Name

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | | | | $_____ |
| | Creditor's name | | | |
| | Street | | | |
| | | | | |
| | City          State          ZIP Code | | | |
| 5.2. | | | | $_____ |
| | Creditor's name | | | |
| | Street | | | |
| | | | | |
| | City          State          ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| | | | $_____ |
| Creditor's name | | | |
| Street | | | |
| | Last 4 digits of account number: XXXX– __ __ __ __ | | |
| City          State          ZIP Code | | | |

---

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | RESMAN, LLC v. KARYA PROPERTY MANAGEMENT, LLC, and SCARLET INFOTECH, INC. D/B/A EXPEDIEN, INC. | Civil action | UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS SHERMAN DIVISION <br> Name <br><br> Street <br> 101 East Pecan Street Room 216 <br> Sherman          TX          75090 <br> City          State          ZIP Code | ☐ Pending ☒ On appeal ☐ Concluded |
| | **Case number** <br> 4:19-cv-00402-ALM | | | |
| 7.2. | **Case title** <br> _____ | _____ | **Court or agency's name and address** <br><br> Name <br><br> Street <br><br> City          State          ZIP Code | ☐ Pending ☐ On appeal ☐ Concluded |
| | **Case number** <br> _____ | | | |

Debtor    Scarlet InfoTech, Inc. d/b/a Expedien, Inc.
Name

Case number *(if known)*_____

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | | $_____ |
| Custodian's name | Case title | Court name and address |
| Street | | |
| | | Name |
| City        State        ZIP Code | Case number | Street |
| | | |
| | Date of order or assignment | City        State        ZIP Code |

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. Recipient's name | | _____ | $_____ |
| Street | | | |
| City        State        ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |
| 9.2. Recipient's name | | _____ | $_____ |
| Street | | | |
| City        State        ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss. If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| | | _____ | $_____ |

Debtor  Scarlet InfoTech, Inc. d/b/a Expedien, Inc.
        Name

Case number *(if known)*_____

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Parkins Lee & Rubio LLP | | 04/05/2021 | $25,000.00 (retainer) |
| | **Address** | | 07/14/2021 | $19,409.39 |
| | 700 Milam Street, Suite 1300 | | 09/10/2021 | $17,685.00 |
| | Street | | 09/15/2021 | $5,000.00 |
| | Houston            TX        77002 | | | |
| | City                    State      ZIP Code | | | |
| | **Email or website address** | | | |
| | www.parkinslee.com | | | |
| | **Who made the payment, if not debtor?** | | | |
| | | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | The Towber Law Firm PLLC | | 03/25/2021 | $10,000.00 |
| | **Address** | | | Retainer |
| | Street | | | |
| | 1111 Heights Blvd | | | ($9185 returned on 6/11/21) |
| | Houston            TX        77008 | | | |
| | City                    State      ZIP Code | | | |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |
| | | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☐ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | $_____ |
| **Trustee** | | | |
| | | | |

Debtor   Scarlet InfoTech, Inc. d/b/a Expedien, Inc.
         Name

Case number (if known) _____

---

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Carmax** | Lexus 450H (2019) | 09/09/2021 | $ 38,000.00 |
| | | | | Sale proceeds deposited into debtor's bank account on 09/09/2021 |
| | **Address** | | | |
| | Street | | | |
| | 6909 Southwest Fwy | | | |
| | Houston, TX 77074 | | | |
| | City                State      ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | | | | |

| | Who received transfer? | | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.2. | **Beck Redden** | Insurance Proceeds | 03/09/2021 | $ 1,000,000.00 |
| | **Address** | | | |
| | Street | | | |
| | 1221 McKinney St., Ste. 4500 | | | |
| | Houston, Texas 77010 | | | |
| | City                State      ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | Attorneys for Expedien and Karya | | | |

---

**Part 7:   Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | 3200 Southwest Freeway, Suite 3300 | From 2004   To 2018 |
| | Street | |
| | Houston                  TX          77027 | |
| | City                State      ZIP Code | |
| 14.2. | | From _____   To _____ |
| | Street | |
| | | |
| | City                State      ZIP Code | |

---

| Debtor | Scarlet InfoTech, Inc. d/b/a Expedien, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

---

**Part 8:**   **Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | Facility name | | |
| | Street | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
| | City          State          ZIP Code | | *Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.2. | Facility name | | |
| | Street | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
| | City          State          ZIP Code | | *Check all that apply:*<br>☐ Electronically<br>☐ Paper |

---

**Part 9:**   **Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☒ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| Scarlet InfoTech, Inc. 401k (plan) | EIN: _0_ _1_ – _0_ _6_ _4_ _1_ _8_ _3_ _2_ |

Has the plan been terminated?

☐ No

☒ Yes

---

Debtor    Scarlet InfoTech, Inc. d/b/a Expedien, Inc.
       Name

Case number *(if known)*_____

---

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____<br>Name<br>_____<br>Street<br>_____<br>_____<br>City   State   ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. | _____<br>Name<br>_____<br>Street<br>_____<br>_____<br>City   State   ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br>_____<br>Street<br>_____<br>City   State   ZIP Code | _____<br>_____<br>**Address**<br>_____<br>_____ | _____<br>_____<br>_____ | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br>_____<br>Street<br>_____<br>City   State   ZIP Code | _____<br>_____<br>**Address**<br>_____<br>_____ | _____<br>_____<br>_____ | ☐ No<br>☐ Yes |

Debtor    Scarlet InfoTech, Inc. d/b/a Expedien, Inc.          Case number *(if known)*_____
          Name

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| Name | | | |
| Street | | | |
| City          State          ZIP Code | | | |

---

**Part 12:    Details About Environmental Information**

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| **Case number** | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City          State          ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | _____ |
| Name | Name | | |
| Street | Street | | |
| City          State          ZIP Code | City          State          ZIP Code | | |

---

Debtor    Scarlet InfoTech, Inc. d/b/a Expedien, Inc.      Case number *(if known)* _____
<br>        Name

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | _____ |
| Name | Name | _____ | |
| Street | Street | _____ | |
| City    State   ZIP Code | City    State   ZIP Code | | |

---

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | Name<br>Street<br>City   State  ZIP Code | _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___<br>**Dates business existed**<br>From _____ To _____ |
| 25.2. | Name<br>Street<br>City   State  ZIP Code | _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___<br>**Dates business existed**<br>From _____ To _____ |
| 25.3. | Name<br>Street<br>City   State  ZIP Code | _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___<br>**Dates business existed**<br>From _____ To _____ |

---

| Debtor | Scarlet InforTech Inc. d/b/a Expedien, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

---

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. TAP Associates, LLC, ATTN: Tushar Patil | From 2010   To Present |
| Name | |
| 1842 Snake River Road, Suite A | |
| Street | |
| Katy                    TX            77449 | |
| City                   State         ZIP Code | |

| Name and address | Dates of service |
|---|---|
| 26a.2. | From _____  To _____ |
| Name | |
| Street | |
| City                   State         ZIP Code | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1. TAP Associates, LLC, ATTN: Tushar Patil | From _____  To _____ |
| Name | |
| 1842 Snake River Road, Suite A | |
| Street | |
| Katy                    TX            77449 | |
| City                   State         ZIP Code | |

| Name and address | Dates of service |
|---|---|
| 26b.2. | From _____  To _____ |
| Name | |
| Street | |
| City                   State         ZIP Code | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. TAP Associates, LLC, ATTN: Tushar Patil | |
| Name | |
| 1842 Snake River Road, Suite A | |
| Street | |
| Katy                    TX            77449 | |
| City                   State         ZIP Code | |

---

Debtor    Scarlet InfoTech, Inc. d/b/a Expedien, Inc.
          _____    Case number (if known)_____
          Name

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. | |
| Name _____ | _____ |
| Street _____ | _____ |
| _____ | _____ |
| City                    State              ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

| Name and address |
|---|
| 26d.1. |
| Name _____ |
| Street _____ |
| _____ |
| City                    State              ZIP Code |

| Name and address |
|---|
| 26d.2. |
| Name _____ |
| Street _____ |
| _____ |
| City                    State              ZIP Code |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. |
| Name _____ |
| Street _____ |
| _____ |
| City                    State              ZIP Code |

Debtor  **Scarlet InfoTech, Inc. d/b/a Expedien, Inc.**
Name

Case number *(if known)*_____

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|

27.2.  _____
Name
_____
Street
_____
City                                    State        ZIP Code

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jiten Agarwal | | President | 1% |
| Rachna Agarwal | | Director | 99% |
| | | | |
| | | | |
| | | | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**
☒ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | From _____ To _____ |
| | | | From _____ To _____ |
| | | | From _____ To _____ |
| | | | From _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?
☐ No
☒ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1.  See attached SOFA 30 | _____ | _____ | _____ |
| Name | | _____ | |
| Street | _____ | _____ | |
| City          State      ZIP Code | | _____ | |
| Relationship to debtor | | _____ | |
| _____ | | _____ | |

| Debtor | Scarlet InfoTech, Inc. d/b/a Expedien, Inc. | Case number (if known) |
|--------|---------------------------------------------|------------------------|
|        | Name                                        |                        |

**Name and address of recipient**

30.2

Name _____

Street _____

_____

City _____ State _____ ZIP Code _____

**Relationship to debtor**

_____

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|
|                                | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___              |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No

☐ Yes. Identify below.

| Name of the pension fund | Employer identification number of the pension fund |
|--------------------------|----------------------------------------------------|
|                          | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___        |

**Part 14:**     **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___9_/_20_/_2021_
            MM / DD / YYYY

✗ _____       Printed name   Jiten K Agarwal
   Signature of individual signing on behalf of the debtor

Position or relationship to debtor   ~~officer~~ President

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?

☐ No

☒ Yes

SOFA 3

| Creditor's Name and Address | Date | Amount | Reason |
|---|---|---|---|
| Sure Payroll, 2350 Ravine Way, Glenview, IL 60025 | 9/16/2021 | ($130.70) | Services Fee |
| Sure Payroll, 2350 Ravine Way, Glenview, IL 60025 | 9/16/2021 | ($6,110.21) | Final salary of an employee |
| The Guradian Insurance, 10 Hudson Yards, New York, NY 10001 | 9/15/2021 | ($86.39) | STD, LTD Insurance |
| Euclid Elementz Inc, 1000, Rt 9 North, Suite 303, Woodbridge, NJ 07095 | 9/15/2021 | ($12,320.00) | Vendor |
| Wells Fargo, 420 Montgomery Street, San Francisco, CA 94104 | 9/15/2021 | ($30.00) | Wire Transfer Fee |
| Parkins Lee & Rubio LLP, 700 Milam Suite 1300 Houston, TX 77002 | 9/15/2021 | ($5,000.00) | Legal Fees |
| Sure Payroll, 2350 Ravine Way, Glenview, IL 60025 | 9/13/2021 | ($19.41) | Services Fee |
| 401K Inc, 29100 Network Place, Chicago, IL 60673-1291 | 9/13/2021 | ($2,509.02) | 401 K - Salary Contribution |
| HUMANA, INC. 500 West Main Street Louisville, Kentucky 40202 | 9/13/2021 | ($411.17) | Dental and Vision Insurance |
| Seiler Mitby PLLC, 2700 Research Forest, Suite 100, The | 9/13/2021 | ($19,245.00) | Legal Fees |
| Parkins Lee & Rubio LLP, 700 Milam Suite 1300 Houston, TX 77002 | 9/13/2021 | ($12,685.00) | Legal Fees |
| Beck Redden, 1221 McKinney St Suite 4500, Houston, TX 77010 | 9/13/2021 | ($14,066.11) | Legal Fees |
| Sure Payroll, 2350 Ravine Way, Glenview, IL 60025 | 9/10/2021 | ($30,283.41) | Salaries for August 16 - August 31, 2021 |
| Sure Payroll, 2350 Ravine Way, Glenview, IL 60025 | 9/10/2021 | ($32.01) | Services Fee |
| TAP Associates, LLC, 1842 Snake River Rd Ste. A, Katy, TX 77449 | 9/9/2021 | ($4,900.00) | Vendor |
| Euclid Elementz Inc, 1000, Rt 9 North, Suite 303, Woodbridge, NJ 07095 | 9/8/2021 | ($11,760.00) | Vendor |
| Shinewell Technologies, Inc, 22710 Haggerty Rd. Suite 132, Farmington Hills, MI 48335 | 9/8/2021 | ($12,320.00) | Vendor |
| | 9/7/2021 | ($8,955.00) | Vendor |
| e2Serv Ventures Pvt. Ltd., 204, Chawla Complex, Sector 15, CBD Belapur, Navi Mumbai - 400614 | 9/7/2021 | ($2,643.00) | Vendor |
| Wells Fargo, 420 Montgomery Street, San Francisco, CA 94104 | 9/7/2021 | ($45.00) | Wire Transfer Fee |
| Wells Fargo, 420 Montgomery Street, San Francisco, CA 94104 | 9/7/2021 | ($45.00) | Wire Transfer Fee |
| Morlogic Inc 2500 Packard Street, Ste 201 Ann Arbor, MI 48104 | 9/2/2021 | ($10,855.00) | Vendor |
| Karwell Technologies Inc, Suite # 11, 285 Durham Ave | 9/1/2021 | ($13,200.00) | Vendor |
| Corpteq Solutions Inc, 1255 Peachtree Parkway, Suite # 4104, Cumming, GA 30041 | 9/1/2021 | ($9,275.00) | Vendor |
| Blue Cross Blue Shield of Texas, 1001 E. Lookout Drive, Richardson, Texas 75082 | 8/31/2021 | ($4,479.77) | Health Insurance |

SOFA 3

| Creditor's Name and Address | Date | Amount | Reason |
|---|---|---|---|
| SAIPSIT Inc, 10998 S Wilcrest Dr. Suite # 123, Houston, TX 77099 | 8/30/2021 | ($14,760.00) | Vendor |
| Kwanzatech, Inc, 21801 Northcrest Drive, #337, Spring TX 77386 | 8/30/2021 | ($5,460.00) | Vendor |
| Wells Fargo, 420 Montgomery Street, San Francisco, CA 94104 | 8/30/2021 | ($12.99) | Bank Fee |
| 401K Inc, 29100 Network Place, Chicago, IL 60673-1291 | 8/30/2021 | ($2,067.60) | 401 K - Salary Contribution |
| 44 Islands Co, 442 Brady Ln, Austin, TX 78746 | 8/30/2021 | ($30,062.50) | Vendor |
| Sure Payroll, 2350 Ravine Way, Glenview, IL 60025 | 8/27/2021 | ($21,490.55) | Salaries for August 1 - August 15, 2021 |
| Appridat Solutions, LLC, 801 E Campbell Road, Suite 690, Richardson, TX 75081 | 8/26/2021 | ($10,920.00) | Vendor |
| V3Tech Solutions Inc, 113 Executive Pointe Blvd, Suite 201, Columbia, SC 29210 US | 8/26/2021 | ($10,920.00) | Vendor |
| United Software Corporation, 6200 La Calma Dr # 115, Austin, TX 78752 | 8/26/2021 | ($10,515.00) | Vendor |
| Sure Payroll, 2350 Ravine Way, Glenview, IL 60025 | 8/26/2021 | ($31.00) | Services Fee |
| Hartford Insurance, One Hartford Plaza, Hartford, CT 06155 | 8/24/2021 | ($3,096.00) | General Liability Insurance |
| V3Tech Solutions Inc, 113 Executive Pointe Blvd, Suite 201, Columbia, SC 29210 US | 8/23/2021 | ($11,400.00) | Vendor |
| Eficens Systems LLC, Suite 603, 5400 Laurel Springs Pkwy, Suwanee GA 30024 | 8/20/2021 | ($4,095.00) | Vendor |
| Kwanzatech, Inc, 21801 Northcrest Drive, #337, Spring TX 77386 | 8/19/2021 | ($17,850.00) | Vendor |
| Corpteq Solutions Inc, 1255 Peachtree Parkway, Suite # 4104, Cumming, GA 30041 | 8/19/2021 | ($9,328.00) | Vendor |
| Morlogic Inc, 2500 Packard Street, Ste 201, Ann Arbor, MI 48104 | 8/19/2021 | ($11,700.00) | Vendor |
| QuantAI, LLC, 13710 Slate Creek Ln, Houston, TX 77077 | 8/19/2021 | ($17,700.00) | Vendor |
| Karwell Technologies Inc, Suite # 11, 285 Durham Ave, South Plainfield, NJ 07080 | 8/18/2021 | ($13,200.00) | Vendor |
| Euclid Elementz Inc, 1000, Rt 9 North, Suite 303, Woodbridge, NJ  07095 | 8/17/2021 | ($12,320.00) | Vendor |
| Appridat Solutions, LLC, 801 E Campbell Road, Suite 690, Richardson, TX 75081 | 8/16/2021 | ($11,440.00) | Vendor |
| TAP Associates, LLC, 1828 Snake River Rd, Ste. D&E, Katy, TX 77449 | 8/16/2021 | ($8,875.00) | Vendor |
| 401K Inc, 29100 Network Place, Chicago, IL 60673-1291 | 8/16/2021 | ($4,195.60) | 401 K - Salary Contribution |
| The Guradian Insurance, 10 Hudson Yards, New York, NY 10001 | 8/16/2021 | ($86.39) | STD, LTD Insurance |
| Sure Payroll, 2350 Ravine Way, Glenview, IL 60025 | 8/13/2021 | ($69,570.58) | Salaries for July 16 - July 31, 2021 |
| Sure Payroll, 2350 Ravine Way, Glenview, IL 60025 | 8/13/2021 | ($18.79) | Services Fee |

SOFA 3

| Creditor's Name and Address | Date | Amount | Reason |
|---|---|---|---|
| SAIPSIT Inc, 10998 S Wilcrest Dr. Suite # 123, Houston, TX 77099 | 8/12/2021 | ($25,520.00) | Vendor |
| V3Tech Solutions Inc, 113 Executive Pointe Blvd, Suite 201, Columbia, SC 29210 US | 8/12/2021 | ($10,400.00) | Vendor |
| HUMANA, INC. 500 West Main Street Louisville, Kentucky 40202 | 8/12/2021 | ($411.17) | Dental and Vision Insurance |
| Sure Payroll, 2350 Ravine Way, Glenview, IL 60025 | 8/11/2021 | ($44.25) | Services Fee |
| Wells Fargo Credit Card, 420 Montgomery Street, San Francisco, CA 94104 | 8/11/2021 | ($423.71) | Business Expenses |
| Kwanzatech, Inc, 21801 Northcrest Drive, #337, Spring TX 77386 | 8/10/2021 | ($23,520.00) | Vendor |
| United Software Corporation, 6200 La Calma Dr # 115, Austin, TX 78752 | 8/10/2021 | ($10,515.00) | Vendor |
| Cloud Factors LLC, 4206 Tanner Woods Lane, Sugar Land, TX 77479 | 8/10/2021 | ($15,000.75) | Vendor |
| GETLOB Private Limited,Mythris The Town, F.No. B-102, Shaili garden, Yapral - 500087 | 8/10/2021 | ($7,165.00) | Vendor |
| Qualitrix Technologies Pvt. Ltd,  #2 Off Queens Road, Tank Bund Miller,  Near Shifaa Hospital, Bangalore 560052 | 8/10/2021 | ($15,541.00) | Vendor |
| e2Serv Ventures Pvt. Ltd., 204, Chawla Complex, Sector 15, CBD Belapur, Navi Mumbai - 400614 | 8/10/2021 | ($2,787.00) | Vendor |
| 44 Islands Co, 442 Brady Ln, Austin, TX 78746 | 8/10/2021 | ($29,312.50) | Vendor |
| Wells Fargo, 420 Montgomery Street, San Francisco, CA 94104 | 8/10/2021 | ($45.00) | Wire Transfer Fee |
| Wells Fargo, 420 Montgomery Street, San Francisco, CA 94104 | 8/10/2021 | ($45.00) | Wire Transfer Fee |
| Wells Fargo, 420 Montgomery Street, San Francisco, CA 94104 | 8/10/2021 | ($45.00) | Wire Transfer Fee |
| Shinewell Technologies, Inc, 22710 Haggerty Rd. Suite 132, Farmington Hills, MI 48335 | 7/30/2021 | ($11,200.00) | Vendor |
| Blue Cross Blue Shield of Texas, 1001 E. Lookout Drive, Richardson, Texas 75082 | 7/30/2021 | ($4,921.55) | Health Insurance |
| 401K Inc, 29100 Network Place, Chicago, IL 60673-1291 | 7/30/2021 | ($4,315.60) | 401 K - Salary Contribution |
| Sure Payroll, 2350 Ravine Way, Glenview, IL 60025 | 7/29/2021 | ($49,829.76) | Salaries for July 1 - July 15, 2021 |
| Wells Fargo, 420 Montgomery Street, San Francisco, CA 94104 | 7/28/2021 | ($12.99) | Bank Fee |
| Sure Payroll, 2350 Ravine Way, Glenview, IL 60025 | 7/28/2021 | ($46.44) | Services Fee |
| Corpteq Solutions Inc 1255 Peachtree Parkway, Suite # 4104, Cumming, GA 30041 | 7/27/2021 | ($6,360.00) | Vendor |
| Morlogic Inc, 2500 Packard Street, Ste 201, Ann Arbor, MI 48104 | 7/21/2021 | ($11,505.00) | Vendor |
| Karwell Technologies Inc, Suite # 11, 285 Durham Ave, South Plainfield, NJ 07080 | 7/21/2021 | ($12,000.00) | Vendor |

SOFA 3

| Creditor's Name and Address | Date | Amount | Reason |
|---|---|---|---|
| Euclid Elementz Inc, 1000, Rt 9 North, Suite 303, Woodbridge, NJ 07095 | 7/19/2021 | ($11,200.00) | Vendor |
| Appridat Solutions, LLC, 801 E Campbell Road, Suite 690, Richardson, TX 75081 | 7/16/2021 | ($10,400.00) | Vendor |
| Wells Fargo Credit Card, 420 Montgomery Street, San Francisco, CA 94104 | 7/16/2021 | ($1,824.00) | Business Expenses |
| 401K Inc, 29100 Network Place, Chicago, IL 60673-1291 | 7/15/2021 | ($4,675.60) | 401 K - Salary Contribution |
| The Guradian Insurance, 10 Hudson Yards, New York, NY 10001 | 7/15/2021 | ($86.39) | STD, LTD Insurance |
| SAIPSIT Inc, 10998 S Wilcrest Dr. Suite # 123, Houston, TX 77099 | 7/14/2021 | ($20,200.00) | Vendor |
| Sure Payroll, 2350 Ravine Way, Glenview, IL 60025 | 7/14/2021 | ($67,926.08) | Salaries for June 16 - June 30, 2021 |
| Kwanzatech, Inc, 21801 Northcrest Drive, #337, Spring TX 77386 | 7/13/2021 | ($24,990.00) | Vendor |
| Cloud Factors LLC, 4206 Tanner Woods Lane, Sugar Land, TX 77479 | 7/13/2021 | ($15,050.00) | Vendor |
| United Software Corporation, 6200 La Calma Dr # 115, Austin, TX 78752 | 7/13/2021 | ($10,045.00) | Vendor |
| Sure Payroll, 2350 Ravine Way, Glenview, IL 60025 | 7/13/2021 | ($65.23) | Services Fee |
| GETLOB Private Limited,Mythris The Town, F.No. B-102, Shaili garden, Yapral - 500087 | 7/13/2021 | ($5,115.00) | Vendor |
| Expedien India Private Limited, 91springboard Business Hub 90B, Delhi – Jaipur Express way, Sector 18, Gurugram, Harayana – 1220008 | 7/13/2021 | ($21,375.00) | Vendor |
| e2Serv Ventures Pvt. Ltd., 204, Chawla Complex, Sector 15, CBD Belapur, Navi Mumbai - 400614 | 7/13/2021 | ($2,627.00) | Vendor |
| 44 Islands Co, 442 Brady Ln, Austin, TX 78746 | 7/13/2021 | ($28,875.00) | Vendor |
| Wells Fargo, 420 Montgomery Street, San Francisco, CA 94104 | 7/13/2021 | ($45.00) | Wire Transfer Fee |
| Wells Fargo, 420 Montgomery Street, San Francisco, CA 94104 | 7/13/2021 | ($45.00) | Wire Transfer Fee |
| Wells Fargo, 420 Montgomery Street, San Francisco, CA 94104 | 7/13/2021 | ($45.00) | Wire Transfer Fee |
| HUMANA, INC. 500 West Main Street Louisville, Kentucky 40202 | 7/12/2021 | ($411.17) | Dental and Vision Insurance |
| Wells Fargo, 420 Montgomery Street, San Francisco, CA 94104 | 7/2/2021 | ($12.00) | Bank Fee |
| Blue Cross Blue Shield of Texas, 1001 E. Lookout Drive, Richardson, Texas 75082 | 6/30/2021 | ($7,085.38) | Health Insurance |
| 401K Inc, 29100 Network Place, Chicago, IL 60673-1291 | 6/29/2021 | ($4,595.60) | 401 K - Salary Contribution |
| Wells Fargo, 420 Montgomery Street, San Francisco, CA 94104 | 6/28/2021 | ($12.99) | Bank Fee |

SOFA 3

| Creditor's Name and Address | Date | Amount | Reason |
|---|---|---|---|
| Sure Payroll, 2350 Ravine Way, Glenview, IL 60025 | 6/28/2021 | ($57,412.54) | Salaries for June 1 - June 15, 2021 |
| Sure Payroll, 2350 Ravine Way, Glenview, IL 60025 | 6/25/2021 | ($46.44) | Services Fee |
| V3Tech Solutions Inc, 113 Executive Pointe Blvd, Suite 201, Columbia, SC 29210 US | 6/23/2021 | ($11,375.00) | Vendor |
| e2Serv Ventures Pvt. Ltd., 204, Chawla Complex, Sector 15, CBD Belapur, Navi Mumbai - 400614 | 6/18/2021 | ($3,035.00) | Vendor |
| Wells Fargo, 420 Montgomery Street, San Francisco, CA 94104 | 6/18/2021 | ($45.00) | Wire Transfer Fee |

SOFA 4

| SOFA 4 | | | | | | | |
|---|---|---|---|---|---|---|---|
| **JRRV, LP** | | | | | | | |
| 13710 Slate Creek Ln, Houston, TX 77077 | | 2/8/2021 | $ | 100,000.00 | Loan Repayment to JRRV, LP/Promissary Note dated 9/5/19, 11/18/19 | | |
| | | 3/15/2021 | $ | 250,000.00 | Loan Repayment to JRRV, LP/Promissary Note dated  12/09/19, 12/23/19, 01/01/20, 02/24/20, 12/22/20 | | |
| Relationship to Debtor - Entity in which Jiten Agarwal is the Manager | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| **QuantAI, LLC** | | | | | | | |
| 13710 Slate Creek Ln, Houston, TX 77077 | | 8/19/2021 | $ | 17,700.00 | Loan Repayment from November and December 2020. Paid two contractors on behalf of Expedien | | |
| | | | | | LakePlace Design LLC - $11475 on 11/17/20 | | |
| | | | | | 44 Islands Co - $6225 on 12/2/20 | | |
| | | | | | | | |
| Relationship to Debtor - QuantAI, LLC is an entity managed by Jiten Agarwal | | | | | | | |

| Jiten Agarwal | | Amount | Date | Reason |
|---|---|---|---|---|
| 13710 Slate Creek Ln, Houston, TX 77077 | | | | **Salary - Pay Period** |
| | $ | 5,200.00 | 8/13/2021 | 07/16 - 07/31/21 |
| | $ | 5,200.00 | 7/29/2021 | 07/01 - 07/15/21 |
| | $ | 5,200.00 | 7/14/2021 | 06/16-06/30/21 |
| | $ | 5,200.00 | 6/28/2021 | 06/01 - 06/15/21 |
| | $ | 5,200.00 | 6/11/2021 | 05/16- 05/31/21 |
| | $ | 5,200.00 | 5/27/2021 | 05/01 - 05/15/21 |
| | $ | 5,200.00 | 5/13/2021 | 04/16 - 04/30/21 |
| | $ | 5,200.00 | 4/27/2021 | 04/01 - 04/15/21 |
| | $ | 3,500.00 | 4/13/2021 | 03/16- 03/31/21 |
| | $ | 5,200.00 | 3/26/2021 | 03/01 - 03/15/21 |
| | $ | 5,200.00 | 3/12/2021 | 02/16-02/28/21 |
| | $ | 5,200.00 | 2/26/2021 | 02/01 - 02/15/21 |
| | $ | 5,200.00 | 2/11/2021 | 01/16-01/31/21 |
| | $ | 5,200.00 | 1/27/2021 | 01/01 - 01/15/21 |
| | $ | 5,200.00 | 1/13/2021 | 12/16 - 12/31/20 |
| | $ | 5,200.00 | 12/28/2020 | 12/1 - 12/15/20 |
| | $ | 5,200.00 | 12/11/2020 | 11/16 - 11/30/20 |
| | $ | 5,200.00 | 11/25/2020 | 11/1 - 11/15/20 |
| | $ | 5,200.00 | 11/10/2020 | 10/16 - 10/31/20 |
| | $ | 5,200.00 | 10/23/2020 | 10/1 - 10/15/20 |
| | $ | 5,200.00 | 10/9/2020 | 09/16 - 09/30/20 |
| | $ | 5,200.00 | 9/25/2020 | 09/01- 09/15/20 |
| | | | | |
| Jiten Agarwal | | | | |
| 13710 Slate Creek Ln, Houston, TX 77077 | | Amount | Date | Reason |
| | $ | 636.38 | 9/23/2020 | Money Advanced to Jiten Agarwal |
| | $ | 2,446.26 | 10/16/2020 | Money Advanced to Jiten Agarwal |
| | $ | 1,686.44 | 11/16/2020 | Money Advanced to Jiten Agarwal |
| | $ | 674.69 | 11/24/2020 | Money Advanced to Jiten Agarwal |
| | $ | 1,161.42 | 12/16/2020 | Money Advanced to Jiten Agarwal |
| | $ | 194.28 | 12/24/2020 | Money Advanced to Jiten Agarwal |
| | $ | 6,401.26 | 1/19/2021 | Money Advanced to Jiten Agarwal |
| | $ | 172.47 | 1/25/2021 | Money Advanced to Jiten Agarwal |
| | $ | 2,499.15 | 2/16/2021 | Money Advanced to Jiten Agarwal |
| | $ | 378.01 | 2/23/2021 | Money Advanced to Jiten Agarwal |
| | $ | 2,728.21 | 3/16/2021 | Money Advanced to Jiten Agarwal |
| | $ | 277.87 | 3/23/2021 | Money Advanced to Jiten Agarwal |
| | $ | 2,936.31 | 6/14/2021 | Money Advanced to Jiten Agarwal |
| | | | | |

SOFA 30

| Rachna Agarwal | | Amount | Date | Reason |
|---|---|---|---|---|
| 13710 Slate Creek Ln, Houston, TX 77077 | | | | **Salary - Pay Period** |
| | $ | 5,500.00 | 8/13/2021 | 07/16 - 07/31/21 |
| | $ | 5,500.00 | 7/29/2021 | 07/01 - 07/15/21 |
| | $ | 5,500.00 | 7/14/2021 | 06/16-06/30/21 |
| | $ | 5,500.00 | 6/28/2021 | 06/01 - 06/15/21 |
| | $ | 5,500.00 | 6/11/2021 | 05/16- 05/31/21 |
| | $ | 5,500.00 | 5/27/2021 | 05/01 - 05/15/21 |
| | $ | 5,500.00 | 5/13/2021 | 04/16 - 04/30/21 |
| | $ | 5,500.00 | 4/27/2021 | 04/01 - 04/15/21 |
| | $ | 3,500.00 | 4/13/2021 | 03/16- 03/31/21 |
| | $ | 5,500.00 | 3/26/2021 | 03/01 - 03/15/21 |
| | $ | 5,500.00 | 3/12/2021 | 02/16-02/28/21 |
| | $ | 5,500.00 | 2/26/2021 | 02/01 - 02/15/21 |
| | $ | 5,500.00 | 2/11/2021 | 01/16-01/31/21 |
| | $ | 5,500.00 | 1/27/2021 | 01/01 - 01/15/21 |
| | $ | 5,500.00 | 1/13/2021 | 12/16 - 12/31/20 |
| | $ | 5,500.00 | 12/28/2020 | 12/1 - 12/15/20 |
| | $ | 5,500.00 | 12/11/2020 | 11/16 - 11/30/20 |
| | $ | 5,500.00 | 11/25/2020 | 11/1 - 11/15/20 |
| | $ | 5,500.00 | 11/10/2020 | 10/16 - 10/31/20 |
| | $ | 5,500.00 | 10/23/2020 | 10/1 - 10/15/20 |
| | $ | 5,500.00 | 10/9/2020 | 09/16 - 09/30/20 |
| | $ | 5,500.00 | 9/25/2020 | 09/01- 09/15/20 |