**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| IN RE: | Case No. 21-33094 |
| SCARLET INFOTECH, INC. d/b/a EXPEDIEN, INC. | Chapter 7 |
| Debtor. | |

## <u>VERIFICATION OF CREDITOR MATRIX</u>

      The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Dated: September 23, 2021                 /s/ *Jiten Agarwal*
                                           President

44 Islands Co.
442 Brady Lane
West Lake Hills, TX 78746


Appridat Solutions LLC
5655 Peachtree Parkway
Ste. #207
Peachtree Corners, GA 30092


Beck Redden
1221 McKinney St.
Suite 4500
Houston, TX 77010


Blue Cross Blue Shield of Texas
4888 Loop Central Dr.
Houston, TX 77081


Blue Cross Blue Shield of Texas
1001 E. Lookout Drive
Richardson, Texas 75082


Cloud Factors LLC
4206 Tanner Woods Lane
Sugar Land, TX 77479


Corpteq Solutions Inc.
1255 Peachtree Parkway
Ste. #4104
Cumming, GA 30041


Cybersoft Technologies, Inc.
4422 Cypress Creek Pkwy
Houston, TX 77068


E2Serv Ventures Pvt. Ltd.
204 Chawla Complex, Sector 15
CBD Belapur, Navi Mumbai - 400614

Eficens Systems LLC
5400 Laurel Springs Pkwy
Suite 603
Suwanee GA 30024


Euclid Elementz, Inc.
1000 Rt 9 North
Ste. 303
Woodbridge, NJ 07095


Expedien India Private Limited
Delhi - Jaipur Express way
Sector 18, Gurugram, Harayana - 1220008


GETLOB Private Limited
Mythris the Tiwn, F. No. B-102
Sahili Garden, Yapral - 500087


Guardian
6255 Sterner's Way
Bethlehem, PA 18017-9464


The Guardian Insurance
10 Hudson Yards
New York, NY 10001


Hartford Insurance
One Hartford Plaza
Hartford, CT 06155


Hicks Consulting Group, Inc.,
1630 N. Main Street
Ste. 216
Walnut Creek, CA 94596


Hilcox Insurance Company, Inc.
104 South Michigan Avenue
Ste. 600
Chicago, IL 60603


Humana, Inc.
500 West Main St.
Louisville, KY 40202

Karwell Technologies, Inc.
285 Durham Avenue
Ste. 11
South Plainfield, NJ 07080

Kwanzatech, Inc
21801 Northcrest Drive
#337
Spring, TX 77386

Kwanzatech, Inc
7435 Little River Tpke
Suite #103
Annandale, VA 22003

Morlogic Inc.
2500 Packard St.
Ste. 201
Ann Arbor, MI 48104

Parkins Lee & Rubio LLP
700 Milam
Suite 1300
Houston, TX 77002

Qualitrix
Tank Bund Miller, Near Shifaa Hospital
Bangalore 560052

QuantAI, LLC
13710 Slate Creek Ln
Houston, TX 77077

SAIPSIT, Inc.
10998 S Wilcrest Drive
#123
Houston, TX 77099

Seiler Mitby PLLC
2700 Research Forest
Suite 100
The Woodlands, TX 77381

Shinewell Technologies Inc.
22710 Haggerty Road
Ste. 132
Farmington Hills, MI 48335

Sure Payroll
2350 Ravine Way
Glenview, IL 60025


SVB Financial Group
3003 Tasman Drive
Santa Clara, CA 95054


TAP Associates, LLC
1828 Snake River Rd
Ste. D&E
Katy, TX 77449


TAPFIN Process Solutions
100 Manpower Place
Milwaukee, WI 53212


United Software Corporation
6200 La Calma Drive
#115
Austin, TX 78752


V3Tech Solutions, Inc.
113 Executive Pointe Boulevard
Ste 201
Columbia, SC 29210


Wells Fargo
420 Montgomery Street
San Francisco, CA 94104


Work Suites
5100 Westheimer Road
Houston, TX 77056