**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § § § | **Chapter 7** |
| **SCARLET INFOTECH, INC. d/b/a EXPEDIEN, INC.** | § § § | **Case No. 21-33094 (DRJ)** |
| **Debtor.** | § § § § | |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR NOTICES AND SERVICE OF PAPERS**

PLEASE TAKE NOTICE that the attorney listed below hereby appears as counsel for

ResMan, LLC ("**ResMan**") in the case of the above-captioned debtor (the "**Debtor**") pending

under chapter 7 of title 11 of the United States Code (the "**Bankruptcy Code**").   ResMan

requests that copies of any and all notices, pleadings, motions, orders to show cause,

applications, petitions, memoranda, affidavits, declarations, orders, or other documents,

including those documents referred to in section 1109(b) of the Bankruptcy Code and Rules

2002, 3017, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy**

**Rules**"), as applicable, filed or entered in this case, be transmitted to:

> **WEIL, GOTSHAL & MANGES LLP**
> Alexander P. Cohen
> 767 Fifth Avenue
> New York, New York  10153
> Telephone:  (212) 310-8000
> Facsimile:  (212) 310-8007
> Email:  Alexander.Cohen@weil.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only

notices and papers referred to in the Bankruptcy Rules specified above, but also includes,

without limitation, all orders and notices of any application, motion, order, petition, pleading,

request, complaint, or demand, statements of affairs, operating reports, whether formal or

informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile transmission or otherwise, that affects the Debtor or the property of the Debtor.

PLEASE TAKE FURTHER NOTICE that the aforementioned attorney consents to e-mail service.

PLEASE TAKE FURTHER NOTICE that request is also made that the attorney identified herein be added to the official service list for notice of all contested matters, adversary proceedings, and other proceedings in the above-captioned case.

Dated: October 15, 2021             Respectfully submitted,
      New York, New York

                   */s/ Alfredo R. Pérez*
                   WEIL, GOTSHAL & MANGES LLP
                   Alfredo R. Pérez (15776275)
                   700 Louisiana Street, Suite 1700
                   Houston, Texas  77002
                   Telephone:   (713) 546-5000
                   Facsimile:    (713) 224-9511
                   Email:       Alfredo.Perez@weil.com

                   -and-

                   WEIL, GOTSHAL & MANGES LLP
                   Alexander P. Cohen (*pro hac vice* pending)
                   Texas Bar No. 24109739
                   767 Fifth Avenue
                   New York, New York  10153
                   Telephone:  (212) 310-8000
                   Facsimile:  (212) 310-8007
                   Email:  Alexander.Cohen@weil.com

                   *Counsel for ResMan, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 15, 2021, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

 _/s/ Alfredo R. Pérez_
Alfredo R. Pérez